Case 4:24-cv-04215   Document 22   Filed on 09/17/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARON SMITH | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-4215 |
| | § | |
| J. FOSTER, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Magistrate Judge Ho's Memorandum and Recommendation (Doc. No. 20) that this case be dismissed for want of prosecution and failure to comply with court orders. No objections to the Memorandum and Recommendation have been filed and the time for doing so has passed.

Upon review, the Court agrees with Magistrate Judge Ho's conclusion. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 20) is **ADOPTED.** This case is **DISMISSED** without prejudice for want of prosecution.

SIGNED this 17th day of September 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE